DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, Respondent, *v.* SUNNYBROOK ASSOCIATES, INC., Appellant, et al., Defendants. HENRY G. WALTEMADE, as Receiver, Respondent.

Argued April 12, 1948; decided April 22, 1948.

*Cloyd La Porte, Werner Ilsen* and *James R. Gereghty* for motion.

*Henry Cohn* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.